COUCH v. PRIVATE DIAGNOSTIC CLINIC

No. 255A99

Case below: 133 N.C.App. 93

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 22 July 1999. Motion by plaintiff for retroactive extension of time to file PWC and, in the alternative, motion for discretionary review denied 22 July 1999.

COX v. BAILEY

No. 289P99

Case below: 133 N.C.App. 347

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

CUFF v. PELICAN BUILDING CTR.

No. 258P99

Case below: 133 N.C.App. 189

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

DANIELS v. REEL

No. 229P99

Case below: 132 N.C.App. 1

Petition by defendant (Cary American Legion Post 67, Inc.) for decisionary review pursuant to G.S. 7A-31 denied 22 July 1999. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

DAVIES v. LEWIS

No. 225P99

Case below: 133 N.C.App. 167

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.